

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2021

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On May 3, 2021, we abated this appeal and remanded the case to the trial court to resolve a matter concerning the accuracy of the reporter's record. We also suspended all appellate deadlines.

The trial court held a hearing and filed findings of fact and conclusions of law. The court reporter filed a supplemental reporter's record. The findings of fact and conclusions of law and the supplemental reporter's record demonstrate that the matter concerning the accuracy of the reporter's record has been resolved.

Therefore, we reinstate this appeal on our docket and lift the suspension of appellate deadlines. The State's motion for an extension of time to file its brief is GRANTED. The State's brief is due on or before **July 19, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2021.



Michael A. Cruz,
Clerk of Court